

1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11   RANDALL COWANS,                    )      Case No. CV 05-6276-RSWL (OP)
                                        )
12                Petitioner,           )      ORDER ADOPTING FINDINGS,
                                        )      CONCLUSIONS, AND
13        vs.                           )      RECOMMENDATIONS OF
                                        )      UNITED STATES MAGISTRATE
14   JOHN MARSHALL, Warden,             )      JUDGE
                                        )
15                                      )
                  Respondents.          )
16   _____)

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the

19   records and files herein, and the Report and Recommendation of the United States

20   Magistrate Judge, de novo.  The Court concurs with and adopts the findings,

21   conclusions, and recommendations of the Magistrate Judge.

22        IT IS ORDERED that Judgment be entered:  (1) approving and adopting this

23   Report and Recommendation; and (2) directing that Judgment be entered granting

24   a writ of habeas corpus as follows:  The Board shall find Petitioner suitable for

25   parole at a hearing to be held within 30 days of the finality of this decision, unless

26   new, relevant and reliable evidence of his conduct in prison or change in mental

27   status subsequent to the January 30, 2003, parole consideration hearing is introduced

28   that is sufficient to support a finding that Petitioner currently poses an unreasonable

1  risk of danger to society if released on parole; and in the absence of any such new

2  relevant and reliable evidence showing Petitioner's unsuitability for parole, the

3  Board shall calculate a prison term and release date for Petitioner in accordance with

4  California law.

5        Further, if the release date already has lapsed, Respondent shall, within ten

6  days of the Board's hearing, either release Petitioner forthwith if his release date

7  lapsed more than three years earlier, or release Petitioner on parole for that period

8  of his three year parole term that remains if the release date lapsed less than three

9  years earlier.

10

11  DATED: ___8/25/09___        RONALD S.W. LEW

12          HONORABLE RONALD S. W. LEW
        Senior United States District Judge

13

14  Prepared by:

15

16

17  HONORABLE OSWALD PARADA
   United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28